Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SCOTT THOMAS,<br><br>Defendant. | No. 6:18-PO-00435-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Ryan Scott Thomas, that the status conference in the above-captioned matter set for November 27, 2018 be continued to December 11, 2018 at 10:00 a.m. Due to an error, the Government did not mail the discovery and relevant video to Mr. Thomas until November 5, 2018. The continuance is requested to allow time for Mr. Thomas to receive and review the discovery.

Dated: November 7, 2018       /S/ Susan St. Vincent
                              Susan St. Vincent,
                              Legal Officer
                              Yosemite National Park

Dated: November 7, 2018        /S/ Ryan Scott Thomas
                              Ryan Scott Thomas
                              Defendant

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the November 27, 2018, status conference for *U.S. v. Scott*, Case 6:18-PO-00435-JDP, is continued to December 11, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: <u>November 20, 2018</u>

UNITED STATES MAGISTRATE JUDGE