UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SCOTT THOMAS,<br><br>Defendant. | No. 6:18-PO-00435-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Ryan Scott Thomas, that the status conference in the above-captioned matter set for December 11, 2018 be continued to January 29, 2019 at 10:00 a.m. The continuance is requested to allow time for Mr. Thomas to retain an attorney.

Dated: December 6, 2018  /S/ Susan St. Vincent
Susan St. Vincent,
Legal Officer
Yosemite National Park

Dated: December 6, 2018  /S/ Ryan Scott Thomas
Ryan Scott Thomas
Defendant

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the December 11, 2018, status conference for *U.S. v. Thomas*, Case 6:18-PO-00435-JDP, is continued to January 29, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __December 7, 2018__  _____
UNITED STATES MAGISTRATE JUDGE